| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>TRIMBLE, JAMES T | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>3/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE (S) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,   Date<br><br>◯ Initial   ◉ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>611 Broad St., Suite 237<br><br>LAKE CHARLES, LA 70601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JAMES T | 3/9/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Cal.Fed.Emp.Cr.Un.(Savings Account) | A | Int | K | T | | | | | |
| 2. Hibernia Bank | | None | J | T | | | | | |
| 3. Raintree Asso.-Ltd.Prshp | | None | J | W | | | | | |
| 4. 1/2 Int. ⬤ unimpr.acres (Grant Par., LA) | | None | J | W | | | | | |
| 5. U.S. Sav. Bonds-Ser.EE | | None | K | T | | | | | |
| 6. Exxon Corp. Stock | A | Dividend | K | T | | | | | |
| 7. Equitable Life (S.Prem) | | None | K | T | | | | | |
| 8. American Funds (IRA) | | None | J | T | | | | | |
| 9. New York Life Ins. Annuity | F | Interest | M | T | | | | | |
| 10. Legg Mason Cash Reserves (IRA) | E | Distribution | J | T | | | | | |
| 11. Legg Mason Opp. Trust (IRA) | | None | M | T | | | | | |
| 12. American Balanced Fund (IRA) | | None | K | T | | | | | |
| 13. American Mutual Fund (IRA) | | None | K | T | | | | | |
| 14. Euro-Pacific Growth Fund (IRA) | | None | K | T | | | | | |
| 15. Growth Fund of America (IRA) | | None | K | T | | | | | |
| 16. Income Fund of America (IRA) | | None | L | T | | | | | |
| 17. Washington Mutual Investors und (IRA) | | None | K | T | | | | | |
| 18. Legg Mason Opportunity Trust | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | TRIMBLE, JAMES T | 3/9/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Legg Mason Value Trust | | None | J | T | | | | | |
| 20. Legg Mason Special Investment Trust | A | Dividend | J | T | | | | | |
| 21. Am. Cap. Strategies (IRA) | | None | K | T | IRA Rollover | 7/09 | J | | LM Cash Res. See Line 10) |
| 22. RMK High Income Fund (IRA) | | None | K | T | | | | | |
| 23. Goldman Sachs Grp. (IRA) | | None | | | IRA Rollover | 8/02 | K | | LM Cash Res. (See Line 10) |
| 24. American Financial Realty Trust (IRA) | | None | | | IRA Rollover | 2/19 | J | | LM Cash Res. (See Line 10) |
| 25. Brandywine Realty Trust (IRA) | | None | | | IRA Rollover | 3/30 | K | | LM Cash Res. (See Line 10) |
| 26. Anheuser Busch (IRA) | | None | J | T | IRA Rollover | 2/11 | J | | LM Cash Res. (See Line 10) |
| 27. Apollo Inv. Corp. (IRA) | | None | K | T | IRA Rollover | 4/05 | K | | LM Cash Res. (See Line 10) |
| 28. HRPT Properties | A | Dividend | J | T | Buy | 1/07 | J | | Self |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TRIMBLE, JAMES T | 3/9/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Line 12 -- Thrift Savings Plan funds(100%) transferred to IRA (Legg Mason Cash Reserves) on 10/06/03.  See letter of explanation for periodic investments from Cash Reserves to stock mutual funds.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TRIMBLE, JAMES T | 3/9/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature         Date *March 8, 2005*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544